IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HUGH M GAHAGEN,

    Plaintiff,

v.                        CASE NO. 1:10-cv-00184-MP -GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 16 Mediation Report and Doc. 15, Stipulation of Dismissal. In these documents, the parties indicate that they have reached settlement on all claims. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The plaintiff's complaint is dismissed with prejudice and this case is closed.

2.    The Court will retain jurisdiction for 60 days, however, to ensure that settlement is effected.

**DONE AND ORDERED** this *22nd* day of April, 2011

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge